IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:25-cr-118-ECM |
| | ) | |
| MAURICE ODELL KEMMERLIN | ) | |

**O R D E R**

On May 27, 2026, the Magistrate Judge entered a Report and Recommendation Concerning Plea of Guilty (doc. 939), to which Notices of No Objection have been filed (docs. 940, 941). Accordingly, it is

ORDERED as follows:

1. The Magistrate Judge's Recommendation (doc. 939) is ADOPTED, the Court ACCEPTS the Defendant's plea of guilty as to Counts 1ss and 4ss of the Second Superseding Indictment, and the Defendant is adjudged guilty of these offenses;

2. Having been adjudged guilty of an offense under 18 U.S.C. § 3143(a)(2), the Defendant's conditions of release are REVOKED. The Defendant shall voluntarily surrender to the United States Marshals Service at 1 Church Street, Montgomery, Alabama, **before 2:00 p.m. on June 18, 2026**, to await sentencing. **Failure to report shall result in the immediate issuance of a bench warrant.**

3. If the Defendant wishes to seek relief from the Court's Order, he shall file an appropriate motion as soon as practicable but **no later than noon on June 9, 2026**.

It is further

ORDERED as follows:

1. The sentencing of the Defendant is set on **August 26, 2026 at 2:00 p.m.** in **Courtroom 2A**, the Frank M. Johnson, Jr. United States Courthouse, One Church Street, Montgomery, Alabama.

2. In accordance with Rule 32(f)(1), *Federal Rules of Criminal Procedure*, counsel for the Defendant and the Government shall communicate in writing to the probation officer, and to each other, any objections they have as to any material information, sentencing classifications, sentencing guideline ranges, and policy statements contained in or omitted from the presentence report. The probation officer will notify parties of the objection deadline and will schedule a conference to discuss and resolve, if possible, any factual and legal issues contained in the presentence report.

3. Counsel for the Defendant and the Government are to notify the Court **no later than AUGUST 12, 2026,** if the hearing is anticipated to take more than one hour.

4. Government and defense motions **shall be filed NO LATER THAN NOON ON AUGUST 19, 2026.**

5. **Sentencing Memoranda**. Sentencing memoranda **ARE REQUIRED** and shall be filed, with any attachments, **NO LATER THAN NOON ON AUGUST 19, 2026**, with copies served on opposing counsel and the probation officer assigned to the case. **Responses to sentencing memoranda are also required and shall be filed NO LATER THAN NOON ON AUGUST 21, 2026.**

6. Sentencing Exhibits. Any paper exhibit that a party may offer at the sentencing hearing shall be filed electronically either as a Notice of Filing Sentencing Exhibits **or** as an attachment to a sentencing memorandum (*see* paragraph 5 above). As to physical evidence that may be offered at the sentencing hearing, the offering party shall attach a photograph of the physical evidence to either the Notice of Filing Sentencing Exhibits or to the sentencing memorandum. Finally, any storage media (*e.g.*, CDs, DVDs) that may be offered at the sentencing hearing shall be filed conventionally, along with an electronically filed notice of conventional filing.

All exhibits referenced in this paragraph — paper, physical evidence, and storage media — shall be filed (in accordance with the procedures in the preceding paragraph) **NO LATER THAN NOON ON AUGUST 19, 2026**, with copies served on opposing counsel and the probation officer assigned to the case.

7. The parties shall comply with Rule 49.1 of the Federal Rules of Criminal Procedure and refrain from including, or shall partially redact where inclusion is necessary, personal data identifiers from all filings with the court, including exhibits, whether filed

electronically or in paper, unless otherwise ordered by the court.  The responsibility for redacting these personal identifiers rests solely with counsel and the parties.

8. Introduction of Exhibits at Sentencing.  Any of the above referenced exhibits that a party moves to introduce at sentencing shall be offered at the hearing, even if a copy of the exhibit previously was filed in accordance with paragraphs 5 and 6 of this Order.

Nothing contained in this Order shall be construed as impairing the rights of any party as established in the United States Constitution or laws of the United States.

DONE this 28th day of May, 2026.

_____/s/ Emily C. Marks_____
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE